05cv11650-RGS

    FILED
    OFFICE

2005 NOV 17  P 1: 46

United states District Court
  District of Massachusetts
John Joseph Moakley U.S. Courthouse
    1 Courthouse Way
    Boston, Mass 02210
    Tel. (617) 748-9152

Re: Ewing vs. Nelson,
    Habeas Corpus, District
    Court.

Dear Clerk of Courts,

    I'm writing in Regards to Ewing vs. Nelson, Habeas Corpus in the

United States District Court Filed in August 12, 2005, and with that

Habeas Corpus I filed a Motion for Appointment of Counsel and a

Memorandum of Law in Support of Habeas Corpus. A Financial Statement

reflects the Institution taking out the Five (5) dollars for the

required filing fee. Its been awhile seens I've sent that work,

I've heard nothing as to any processing of the Habeas Corpus. enclosed

is a copy of the Financial Statement with the Institutional Purchase

slip. Can you check on the Processing of that Habeas Corpus?


Thank you for your attention to this matter.

Date: 11-14-05

Respectfully Submitted,

Shannon Ewing, Pro-se
Bridgewater State Hospital
20 Administration Rd
Bridgewater, Mass 02324.

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20051004 08:28

Page : 2

| Commit# : | W46305 | | BRIDGEWATER STATE HOSPITAL | | |
|---|---|---|---|---|---|
| Name : | EWING, SHANNON, , | | Statement From | 20050401 | |
| Inst : | BRIDGEWATER STATE HOSPITAL | | To | 20051004 | |
| Block : | A-II | | | | |
| Cell/Bed : | 216 /A | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20050718 22:30 | CN - Canteen | 4959976 | | STH | ~Canteen Date : 20050718 | $0.00 | $15.75 | $0.00 | $0.00 |
| 20050720 23:09 | PY - Payroll | 4974583 | | STH | ~20050703 To 20050709 | $9.00 | $0.00 | $0.00 | $0.00 |
| 20050721 11:22 | EX - External Disbursement | 4981127 | 101586 | STH | ~20% OF MAY 2005 INCOME FOR CA # 97-1114MEL~U.S. DISTRICT COURT | $0.00 | $7.26 | $0.00 | $0.00 |
| 20050721 11:22 | MA - Maintenance and Administration | 4981129 | | STH | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050727 23:07 | PY - Payroll | 5005160 | | STH | ~20050710 To 20050716 | $9.00 | $0.00 | $0.00 | $0.00 |
| 20050802 14:38 | EX - External Disbursement | 5029650 | 101774 | STH | ~20% OF JUNE INCOME FOR CA #11114-MEL~U.S. DISTRICT COURT | $0.00 | $7.28 | $0.00 | $0.00 |
| 20050802 14:38 | MA - Maintenance and Administration | 5029652 | | STH | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050803 16:51 | IS - Interest | 5041728 | | STH | | $0.55 | $0.00 | $0.00 | $0.00 |
| 20050803 23:09 | PY - Payroll | 5057165 | | STH | ~20050717 To 20050723 | $9.00 | $0.00 | $0.00 | $0.00 |
| 20050808 22:30 | CN - Canteen | 5078819 | | STH | ~Canteen Date : 20050808 | $0.00 | $7.28 | $0.00 | $0.00 |
| 20050809 09:36 | IC - Transfer from Inmate to Club A/c | 5082630 | | STH | ~803~CANTEEN CORP. WASH ACCOUNT - Z6~CANTEEN CORP. WASH ACCOUNT - Z6 | $0.00 | $29.54 | $0.00 | $0.00 |
| 20050810 23:06 | PY - Payroll | 5095226 | | STH | ~20050724 To 20050730 | $9.00 | $0.00 | $0.00 | $0.00 |
| 20050815 22:30 | CN - Canteen | 5114301 | | STH | ~Canteen Date : 20050815 | $0.00 | $8.95 | $0.00 | $0.00 |
| 20050817 23:05 | PY - Payroll | 5129243 | | STH | ~20050731 To 20050806 | $12.00 | $0.00 | $0.00 | $0.00 |
| 20050824 23:09 | PY - Payroll | 5160097 | | STH | ~20050807 To 20050813 | $12.00 | $0.00 | $0.00 | $0.00 |
| 20050829 22:30 | CN - Canteen | 5178023 | | STH | ~Canteen Date : 20050829 | $0.00 | $21.39 | $0.00 | $0.00 |
| 20050831 23:06 | PY - Payroll | 5190769 | | STH | ~20050814 To 20050820 | $12.00 | $0.00 | $0.00 | $0.00 |
| 20050907 23:05 | PY - Payroll | 5228856 | | STH | ~20050821 To 20050827 | $12.00 | $0.00 | $0.00 | $0.00 |
| 20050909 10:13 | IC - Transfer from Inmate to Club A/c | 5242495 | | STH | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $5.00 | $0.00 | $0.00 |
| 20050909 10:14 | CI - Transfer from Club to Inmate A/c | 5242502 | | STH | ~TAKEN OUT OF CLUB IN ERROR - SHOULD BE DISBURSEMENT ~W46305 EWING SHANNON PERSONAL~POSTAGE - Z11 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20050909 10:16 | EX - External Disbursement | 5242526 | 102721 | STH | ~FILING FEE~US DISTRICT COURT | $0.00 | $5.00 | $0.00 | $0.00 |
| 20050909 10:16 | MA - Maintenance and Administration | 5242528 | | STH | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050909 17:12 | IS - Interest | 5249437 | | STH | | $0.49 | $0.00 | $0.00 | $0.00 |
| 20050912 22:30 | CN - Canteen | 5257129 | | STH | ~Canteen Date : 20050912 | $0.00 | $6.32 | $0.00 | $0.00 |
| 20050913 11:47 | IC - Transfer from Inmate to Club A/c | 5271089 | | STH | ~CLOTHING~KCN WASH ACCOUNT - Z5~KCN WASH ACCOUNT - Z5 | $0.00 | $25.06 | $0.00 | $0.00 |
| 20050914 23:33 | PY - Payroll | 5281338 | | STH | ~20050828 To 20050903 | $12.00 | $0.00 | $0.00 | $0.00 |
| 20050915 15:00 | EX - External Disbursement | 5288756 | 102906 | STH | ~20% OF JULY 2005 INCOME FOR CA# 97-11114-MEL~U.S. DISTRICT COURT | $0.00 | $7.30 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date :   20051004 08:28

| | | | | | | |
|---|---|---|---|---|---|---|
| Commit# : | W46305 | | | **BRIDGEWATER STATE HOSPITAL** | | Page : 3 |
| Name : | EWING, SHANNON, , | | | Statement From | 20050401 | |
| Inst : | BRIDGEWATER STATE HOSPITAL | | | To | 20051004 | |
| Block : | A-II | | | | | |
| Cell/Bed : | 216 /A | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20050921 23:07 | PY - Payroll | 5315301 | | STH | ~20050904 To 20050910 | $12.00 | $0.00 | $0.00 | $0.00 |
| 20050926 22:30 | CN - Canteen | 5332969 | | STH | ~Canteen Date : 20050926 | $0.00 | $17.02 | $0.00 | $0.00 |
| 20050928 23:06 | PY - Payroll | 5347002 | | STH | ~20050911 To 20050917 | $12.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | $253.36 | $224.49 | $0.00 | $0.00 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $103.37 | $0.00 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $103.37 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20051004 08:28

| | |
|---|---|
| Commit# : | W46305 |
| Name : | EWING, SHANNON, , |
| Inst : | BRIDGEWATER STATE HOSPITAL |
| Block : | A-II |
| Cell/Bed : | 216 /A |

BRIDGEWATER STATE HOSPITAL: 46

Statement From     20050401

To     20051004

Page :     1

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal | | Savings | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Income | Expense | Income | Expense |
| | | | | | Total Transaction before this Period : | $1,717.98 | $1,643.48 | $37.51 | $37.51 |
| 20050406 23:02 | PY - Payroll | 4402932 | | STH | ~20050320 To 20050326 | $9.00 | $0.00 | $0.00 | $0.00 |
| 20050408 16:47 | IS - Interest | 4423236 | | STH | | $0.19 | $0.00 | $0.00 | $0.00 |
| 20050413 23:03 | PY - Payroll | 4453858 | | STH | ~20050327 To 20050402 | $9.00 | $0.00 | $0.00 | $0.00 |
| 20050415 13:37 | EX - External Disbursement | 4467353 | 99332 | STH | ~20% OF JAN & FEB INCOME FOR CA # 97-11114-MEL~U.S. DISTRICT COURT | $0.00 | $14.52 | $0.00 | $0.00 |
| 20050415 13:37 | MA - Maintenance and Administration | 4467355 | | STH | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050420 23:09 | PY - Payroll | 4484623 | | STH | ~20050403 To 20050409 | $9.00 | $0.00 | $0.00 | $0.00 |
| 20050425 22:30 | CN - Canteen | 4502153 | | STH | ~Canteen Date : 20050425 | $0.00 | $1.14 | $0.00 | $0.00 |
| 20050427 23:02 | PY - Payroll | 4515135 | | STH | ~20050410 To 20050416 | $9.00 | $0.00 | $0.00 | $0.00 |
| 20050502 22:30 | CN - Canteen | 4535871 | | STH | ~Canteen Date : 20050502 | $0.00 | $7.84 | $0.00 | $0.00 |
| 20050504 23:03 | PY - Payroll | 4551456 | | STH | ~20050417 To 20050423 | $9.00 | $0.00 | $0.00 | $0.00 |
| 20050509 10:20 | EX - External Disbursement | 4571422 | 99857 | STH | ~20% OF APRIL 05 INCOME FOR CA # 97-11114-MEL~U.S. DISTRICT COURT | $0.00 | $7.24 | $0.00 | $0.00 |
| 20050509 10:20 | MA - Maintenance and Administration | 4571424 | | STH | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050511 16:48 | IS - Interest | 4589647 | | STH | | $0.28 | $0.00 | $0.00 | $0.00 |
| 20050511 23:03 | PY - Payroll | 4603807 | | STH | ~20050424 To 20050430 | $9.00 | $0.00 | $0.00 | $0.00 |
| 20050516 22:30 | CN - Canteen | 4623760 | | STH | ~Canteen Date : 20050516 | $0.00 | $1.24 | $0.00 | $0.00 |
| 20050518 23:03 | PY - Payroll | 4638201 | | STH | ~20050501 To 20050507 | $9.00 | $0.00 | $0.00 | $0.00 |
| 20050525 23:06 | PY - Payroll | 4669829 | | STH | ~20050508 To 20050514 | $9.00 | $0.00 | $0.00 | $0.00 |
| 20050601 23:02 | PY - Payroll | 4700194 | | STH | ~20050515 To 20050521 | $9.00 | $0.00 | $0.00 | $0.00 |
| 20050609 16:49 | IS - Interest | 4751495 | | STH | | $0.38 | $0.00 | $0.00 | $0.00 |
| 20050613 22:30 | CN - Canteen | 4773513 | | STH | ~Canteen Date : 20050613 | $0.00 | $4.30 | $0.00 | $0.00 |
| 20050615 23:02 | PY - Payroll | 4788423 | | STH | ~20050529 To 20050604 | $9.00 | $0.00 | $0.00 | $0.00 |
| 20050622 23:09 | PY - Payroll | 4821429 | | STH | ~20050605 To 20050611 | $9.00 | $0.00 | $0.00 | $0.00 |
| 20050627 22:30 | CN - Canteen | 4838636 | | STH | ~Canteen Date : 20050627 | $0.00 | $4.89 | $0.00 | $0.00 |
| 20050629 23:03 | PY - Payroll | 4853051 | | STH | ~20050612 To 20050618 | $9.00 | $0.00 | $0.00 | $0.00 |
| 20050706 23:04 | PY - Payroll | 4889634 | | STH | ~20050619 To 20050625 | $9.00 | $0.00 | $0.00 | $0.00 |
| 20050711 22:30 | CN - Canteen | 4910204 | | STH | ~Canteen Date : 20050711 | $0.00 | $15.17 | $0.00 | $0.00 |
| 20050713 16:51 | IS - Interest | 4926830 | | STH | | $0.47 | $0.00 | $0.00 | $0.00 |
| 20050713 23:07 | PY - Payroll | 4942018 | | STH | ~20050626 To 20050702 | $9.00 | $0.00 | $0.00 | $0.00 |