```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

SHANNON EWING,
   Petitioner,

  v.                                    CIVIL ACTION NO.
                                       05-11850-RGS

KENNETH W. NELSON,
   Respondent.

**PROCEDURAL ORDER RE:
MOTION TO STAY
<u>(DOCKET ENTRY # 5)</u>**

**December 8, 2005**

**BOWLER, U.S.M.J.**

In the event respondent Kenneth W. Nelson ("respondent") wishes to oppose the motion to stay (Docket Entry # 5) filed by petitioner Shannon Ewing, respondent is **ORDERED** to file a response to the motion on or before December 19, 2005. The deadline for filing a dispositive motion remains December 19, 2005.

                                                  <u>/s/ Marianne B. Bowler</u>
                                                  **MARIANNE B. BOWLER**
                                                  United States Magistrate Judge