```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

SHANNON EWING,
   Petitioner,

  v.                                     CIVIL ACTION NO.
                                          05-11850-RGS

KENNETH W. NELSON,
   Respondent.

### PROCEDURAL ORDER

**December 12, 2005**

**BOWLER, U.S.M.J.**

     In light of the allowance of the motion to stay this proceeding until September 26, 2006 (Docket Entry # 5) by the district judge, the December 8, 2005 Order requiring respondent Kenneth W. Nelson ("respondent") to file a response to the motion to stay is rescinded. The Order for respondent to file an answer (Docket Entry # 4) is also rescinded at this time as is the December 19, 2005 deadline for filing a dispositive motion.

     Petitioner Shannon Ewing is ordered to file a status report on September 27, 2006, advising this court of the status of his attempts to receive the requested review from the Massachusetts Supreme Judicial Court.

                                                     /s/ Marianne B. Bowler
                                                  **MARIANNE B. BOWLER**
                                                  United States Magistrate Judge