UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHANNON EWING, )<br>)<br>    Petitioner, )<br>)<br>v. )<br>)<br>KENNETH W. NELSON, )<br>)<br>    Respondent. )<br>) | Civil Action No. 05-11850-RGS |

**RESPONDENT KENNETH W. NELSON'S MOTION FOR EXTENSION OF TIME
WITHIN WHICH TO RESPOND TO PETITION FOR WRIT OF HABEAS CORPUS
AND MOTION TO STAY PROCEEDINGS**

Respondent Kenneth W. Nelson hereby respectfully moves this Court to enlarge until January 20, 2006 the time within which he must (i) answer or otherwise respond to Petitioner Shannon Ewing's petition for a writ of habeas corpus; and (ii) respond to Ewing's motion to stay proceedings. In support of this Motion, Respondent states as follows:

1.  Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts requires Respondent to answer each allegation of Ewing's petition and state whether he has exhausted his available state-court remedies. The Rule also requires that Respondent indicate what transcripts or parts of state-court proceedings are available. Similarly, the Court's Order dated November 23, 2005 also requires Respondent to file state-court records and/or transcripts if he wishes to rely on certain defenses.

2.  In order to comply with Rule 5 and the Court's Order, counsel for Respondent has requested records relating to the conviction at issue in Ewing's petition from the Essex District Attorney's Office and the Essex County Superior Court. After these documents are received,

counsel for Respondent must review these documents in order to prepare an appropriate response to Ewing's petition.

3. Similarly, it is necessary for Respondent to review these same documents to determine whether to oppose Ewing's motion to stay proceedings, and if so, what grounds exist to support an opposition.

4. Respondent's responses to Ewing's petition and motion to stay proceedings are currently due by December 19, 2005.

5. No previous application for an enlargement of time to answer or otherwise respond to Ewing's petition has been made to the Court.

6. Allowance of this Motion will enable counsel for Respondent to aid the Court most thoroughly and effectively and will not prejudice any party.

WHEREFORE, Respondent Kenneth W. Nelson respectfully requests that the Court enlarge until January 20, 2006 the time within which he must (i) answer or otherwise respond to Ewing's petition for a writ of habeas corpus; and (ii) respond to Ewing's motion to stay proceedings.

    Respectfully submitted,

    KENNETH W. NELSON,

    By his attorney,

    THOMAS F. REILLY
    ATTORNEY GENERAL

    /s/ Scott A. Katz
    Scott A. Katz (BBO # 655681)
    Assistant Attorney General
    Criminal Bureau
    One Ashburton Place

                                              Boston, Massachusetts  02108
                                              (617) 727-2200, ext. 2833

Dated: December 16, 2005

## LOCAL RULE 7.1(A)(2) CERTIFICATION

     I hereby certify that Petitioner is currently incarcerated at a Massachusetts Correctional Institution and is not represented by counsel, rendering pre-filing conference impracticable.

                                            /s/ Scott A. Katz
                                            Scott A. Katz

## CERTIFICATE OF SERVICE

     I hereby certify that a true copy of the above document was served upon petitioner Shannon Ewing, Bridgewater State Hospital, 25 Administration Road, Bridgewater, MA 02324 by first-class mail, postage prepaid, on December 16, 2005.

                                            /s/ Scott A. Katz
                                            Scott A. Katz