UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHANNON EWING, )<br>)<br>    Petitioner, )<br>)<br>v. )<br>)<br>KENNETH W. NELSON, )<br>)<br>    Respondent. )<br>) | Civil Action No. 05-11850-RGS |

### RESPONDENT KENNETH W. NELSON'S
### MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS

Respondent Kenneth W. Nelson hereby moves that this petition for a writ of habeas corpus be dismissed, with prejudice, in its entirety because it is time-barred under 28 U.S.C. § 2244(d)(1).

Petitioner Shannon Ewing was convicted of second-degree murder in 1989. Under the Antiterrorism and Effective Death Penalty Act of 1996, Ewing had until June 10, 1998 to file a petition for habeas corpus. His petition was filed, at the earliest, effective September 5, 2005—more than seven years after the limitations period had expired. As a result, his petition is time-barred, and therefore must be dismissed, with prejudice, in its entirety.

In support of this Motion, Respondent submits the accompanying memorandum of law and declaration.[1]

---

[1] The declaration in support of this Motion is being filed manually pursuant to Local Rule 5.4(G)(1)(e).

WHEREFORE, Respondent Kenneth W. Nelson respectfully requests that the Court dismiss this petition for a writ of habeas corpus, with prejudice, because the petition is time-barred.

        Respectfully submitted,

        THOMAS F. REILLY
        ATTORNEY GENERAL

        /s/ Scott A. Katz
        Scott A. Katz (BBO # 655681)
        Assistant Attorney General
        Criminal Bureau
        One Ashburton Place
        Boston, Massachusetts  02108
        (617) 727-2200, ext. 2833

Dated:  January 4, 2006

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I hereby certify that Petitioner is currently incarcerated at a Massachusetts Correctional Institution and is not represented by counsel, rendering pre-filing conference impracticable.

        /s/ Scott A. Katz
        Scott A. Katz

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon petitioner Shannon Ewing, Bridgewater State Hospital, 25 Administration Road, Bridgewater, MA 02324 by first-class mail, postage prepaid, on January 4, 2006.

        /s/ Scott A. Katz
        Scott A. Katz

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHANNON EWING, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>KENNETH W. NELSON, )<br>)<br>Respondent. )<br>) | Civil Action No. 05-11850-RGS |

**NOTICE OF FILING WITH CLERK'S OFFICE**

Notice is hereby given that the Declaration of Scott A. Katz (the "Declaration") has been filed manually with the Court pursuant to Local Rule 5.4(G)(1)(e), and is available in paper form only. The following documents are attached to the Declaration:

Exhibit A: a true and correct copy of the docket sheets for *Commonwealth v. Shannon Ewing*, Essex County Superior Court Docket No. 14183;

Exhibit B: a true and correct copy of *Commonwealth v. Ewing*, 30 Mass. App. Ct. 285, 567 N.E.2d 1262 (1991);

Exhibit C: a true and correct copy of *Commonwealth v. Ewing*, 409 Mass. 1105, 571 N.E.2d 28 (1991) (table);

Exhibit D: a true and correct copy of the docket sheets for *Commonwealth v. Shannon Ewing*, Massachusetts Appeals Court Docket No. 1997-P-0866.

Exhibit E: a true and correct copy of *Commonwealth v. Ewing*, 63 Mass. App. Ct. 1111, 825 N.E.2d 583, 2005 WL 900961 (unpublished Memorandum and Order Pursuant to Rule 1:28); and

Exhibit F: a true and correct copy of the docket sheets for *Commonwealth v. Shannon Ewing*, Massachusetts Appeals Court Docket No. 2002-P-1555.

        Respectfully submitted,

        THOMAS F. REILLY
        ATTORNEY GENERAL


        /s/ Scott A. Katz
        Scott A. Katz (BBO # 655681)
        Assistant Attorney General
        Criminal Bureau
        One Ashburton Place
        Boston, Massachusetts  02108
        (617) 727-2200, ext. 2833

Dated:  January 4, 2006


## CERTIFICATE OF SERVICE

     I hereby certify that a true copy of the above document was served upon petitioner Shannon Ewing, Bridgewater State Hospital, 25 Administration Road, Bridgewater, MA 02324 by first-class mail, postage prepaid, on January 4, 2006.

        /s/ Scott A. Katz
        Scott A. Katz