05-11850-RGS

TO Honorable Marianna B. Bowler
   Chief Magistrate Justice
   John J. Moakley District Court
   1 Courthouse Way, Suite 8420
   Boston, Mass 02210


Re: Docketing Certiorari in the United States
    Supreme Court in <u>Ewing vs. Massachusetts</u>,
    C.A. 05-8613.


Dear Hon. Bowler;

   Please be advised that The Supreme Court of the United States has docketed the Certiorari submitted Pro se in my behalf. The enclosed documents reflect the docketing and the notice of filing any opposition on or before Feb 16, 2006.

   Also I have submitted my Pro se motion in Opposition to Respondent Kenneth W. Nelson's Motion to Dismiss on January 17, 2006. Notwithstanding the fact that I filed the instant Certiorari, I hope you will give my Issue full consideration.


Date: 1-19-06

Respectfully Submitted,

Shannon Ewing, W-46305
Bridgewater State Hospital
20 Administration Rd
Bridgewater, Mass 02324.

**Supreme Court of the United States**
Office of the Clerk
Washington, DC 20543-0001

January 11, 2006

William K. Suter
Clerk of the Court
(202) 479-3011

Mr. Shannon Ewing
Prisoner ID W46305
Bridgewater State Hospital
20 Administration Road
Bridgewater, MA 02324

>    Re:  Shannon Ewing
>         v. Massachusetts
>         No. 05-8613

Dear Mr. Ewing:

   The petition for a writ of certiorari in the above entitled case was filed on December 28, 2005 and placed on the docket January 11, 2006 as No. 05-8613.

   A form is enclosed for notifying opposing counsel that the case was docketed.

>                Sincerely,
>
>                **William K. Suter**, Clerk
>                by *[signature]* Melissa Blalock
>                Melissa Blalock
>                Case Analyst

Enclosures

# Supreme Court of the United States

Shannon Ewing
      (Petitioner)

          v.                    No. 05-8613

Massachusetts
      (Respondent)

To Thomas F. Reilly, Attorney General    Counsel for Respondent:

    **NOTICE IS HEREBY GIVEN** pursuant to Rule 12.3 that a petition for a writ of certiorari in the above-entitled case was filed in the Supreme Court of the United States on December 28, 2005, and placed on the docket January 11, 2006. Pursuant to Rule 15.3, the due date for a brief in opposition is Friday, February 10, 2006. If the due date is a Saturday, Sunday, or federal legal holiday, the brief is due on the next day that is not a Saturday, Sunday or federal legal holiday.

    Unless the Solicitor General of the United States represents the respondent, a waiver form is enclosed and should be sent to the Clerk only in the event you do not intend to file a response to the petition.

    Only counsel of record will receive notification of the Court's action in this case. Counsel of record must be a member of the Bar of this Court.

                                  Mr. Shannon Ewing
                                  Bridgewater State Hospital
                                  20 Administration Road
                                  Bridgewater, MA  02324

NOTE: This notice is for notification purposes only, and neither the original nor a copy should be filed in the Supreme Court.

# WAIVER

## Supreme Court of the United States

No. 05-8613

| Shannon Ewing | v. | Massachusetts |
|---|---|---|
| (Petitioner) | | (Respondent) |

**I DO NOT INTEND TO FILE A RESPONSE** to the petition for a writ of certiorari unless one is requested by the Court.

Please check one of the following boxes:

☐ Please enter my appearance as Counsel of Record for all respondents.

☐ There are multiple respondents, and I do not represent all respondents. Please enter my appearance as Counsel of Record for the following respondent(s):

_____

_____

I certify that I am a member of the Bar of the Supreme Court of the United States (Please explain name change since bar admission):

Signature _____

Date: _____

(Type or print) Name _____
        ☐ Mr.        ☐ Ms.        ☐ Mrs.        ☐ Miss

Firm _____

Address _____

City & State _____ Zip _____

Phone _____

SEND A COPY OF THIS FORM TO PETITIONER'S COUNSEL OR TO PETITIONER IF *PRO SE*. PLEASE INDICATE BELOW THE NAME(S) OF THE RECIPIENT(S) OF A COPY OF THIS FORM. NO ADDITIONAL CERTIFICATE OF SERVICE IS REQUIRED.

Cc:

Obtain status of case on the docket. By phone at 202-479-3034 or via the internet at http://www.supremecourtus.gov. Have the Supreme Court docket number available.