UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.
05-11850-RGS

SHANNON EWING,
    Petitioner,

vs.

KENNETH W. NELSON,
    Respondent.

PETITIONER'S MOTION IN OPPOSITION TO RESPONDENT

KENNETH W. NELSON'S MOTION FOR RECONSIDERATION

TO ORDERED STAY

    Now comes the Petitioner, Shannon Ewing, In the above-entitled matter, Files Petitioner's Motion in Opposition to Respondent Kenneth W. Nelson's Motion for Reconsideration to Ordered Stay of all Proceedings that was entered upon the above docket On December 8, 2005.

    In Support of said Motion, The Petitioner contends that the ordered Stay is still vitally necessary and Judicially appropriate to allow Petitioner to exhaust a Claim that the Appeals Court forced Petitioner to a forego to have an Appeal. Petitioner further contends

(2)

that the daerth of case law supports Petitioner's Request for a Stay. In <u>Kilburn vs. Maloney</u>, 164 F.Supp.2d 113 (1st Cir 2001), The First Circuit said, "[W]hen faced with a Motion to stay in order to exhaust State remedies, Courts tend to focus on the effect of a denial of a stay on the Petitioner's right to obtain Federal Review." <u>Id</u>*  The Court reasoned, " this, if absent a stay Petitioner would lose his right to Federal review, a stay can, and often should, be granted." <u>Kilburn</u>, 164 F.Supp.2d at. 115.

When dealing with unexhausted claims, The Court are inclined to hold any proceedings in abeyence until such time as the Petitioner exhausted those issues. No more are Court in the practice of automatic dismissal.

The fact that the Appeals Court made Petitioner "split" the brief in two parts requires the Petitioner to File a Rule 30 Motion and seek the Appeals Court decision. See <u>Demaria vs. Verdini</u>, 214 F.Supp.2d 57 (D.Mass 2002)(Issuing a stay)

---

\* The Massachusetts Appeals Court denied the
  Petitioner the right to raise all arguments,
  Thus, the vacating of that stay would
  prejudiced by such action.

(3)

Wherefore: The Petitioner prays that this Honorable Court deny Respondent Kenneth W. Nelson's Motion for Reconsideration to vacate ordered Stay.

Date: 1-17-06

Respectfully Submitted,

/s/ Shannon Ewing

Shannon Ewing, Pro se
Bridgewater State Hospital
20 Administration Rd
Bridgewater, Mass 02324.