TO: Hon. Marianna B. Bowler
    Chief Masgistrate Justice
    John J. Moakley United States District
    1 Courthouse Way, Suite 8420
    Boston, Mass 02210.


Re: Copies from Attorney General's
    Office of Waiver of Respnse.


Dear Hon. Chief Bowler;

   I'm writing in regards to the Waiver the Attorney General;s Office filed today in the United State Supreme Court in the Action of Ewing vs. Massachusetts, No. 05-8613, Noting their right to Waive their Response in connection with the above-entitled case.

   Thank you for your attention to this matter.


Date: 2-1-06

                                        Respectfully Submitted,

                                        Shannon Ewing, W-46305
                                        Bridgewater State Hsopital
                                        20 Administration Rd
                                        Bridgewater, Mass 02324.



# The Commonwealth of Massachusetts
## Office of the Attorney General
One Ashburton Place
Boston, Massachusetts 02108-1598

Thomas F. Reilly
Attorney General

(617) 727-2200
www.ago.state.ma.us

January 30, 2006

William K. Suter, Clerk
Supreme Court of the United States
U.S. Supreme Court Building
One 1st Street, N.E.
Washington, D.C. 20543

RE:  *Shannon Ewing v. Massachusetts*
     No. 05-8613

Dear Mr. Suter:

I have enclosed for filing in the above-entitled action Massachusetts's Waiver of its right to file a response to the petition for a writ of certiorari.

Thank you very much for your assistance in this matter.

Very truly yours,

Cathryn A. Neaves
Assistant Attorney General
Criminal Bureau

Enclosure
cc:   Shannon Ewing, *pro se*

# WAIVER

## Supreme Court of the United States

No. 05-8613

| Shannon Ewing | v. | Massachusetts |
|---|---|---|
| (Petitioner) | | (Respondent) |

**I DO NOT INTEND TO FILE A RESPONSE** to the petition for a writ of certiorari unless one is requested by the Court.

Please check one of the following boxes:

[X] Please enter my appearance as Counsel of Record for all respondents.

[ ] There are multiple respondents, and I do not represent all respondents. Please enter my appearance as Counsel of Record for the following respondent(s):

_____

_____

I certify that I am a member of the Bar of the Supreme Court of the United States (Please explain name change since bar admission):

Signature _Cathryn A. Neaves_

Date: _1/30/06_

(Type or print) Name _Cathryn A. Neaves_

[ ] Mr.  [X] Ms.  [ ] Mrs.  [ ] Miss

Firm _Office of the Attorney General_

Address _One Ashburton Place_

City & State _Boston, MA_   Zip _02108_

Phone _(617) 727-2200 X2557_

SEND A COPY OF THIS FORM TO PETITIONER'S COUNSEL OR TO PETITIONER IF *PRO SE*. PLEASE INDICATE BELOW THE NAME(S) OF THE RECIPIENT(S) OF A COPY OF THIS FORM. NO ADDITIONAL CERTIFICATE OF SERVICE IS REQUIRED.

Cc: _Shannon Ewing, pro se_

Obtain status of case on the docket. By phone at 202-479-3034 or via the internet at http://www.supremecourtus.gov. Have the Supreme Court docket number available.