UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DISTRICT COURT
CIVIL ACTION NO.
05-11850-RGS

SHANNON EWING,
   Petitioner,

vs.

KENNETH W. NELSON,
      Respondent.

PETITIONER'S MOTION IN OPPOSITION TO
RESPONDENT KENNETH W. NELSON'S
REPLY MEMORANDUM

Now comes the Petitioner, Shannon Ewing, Respectfully serves his Motion in Opposition to Respondent Kenneth W. Nelson's Reply Memorandum in Support of his Motion to Dismiss Previously filed on January 6, 2006.

In support of said Opposition, The Petitioner contends that a denial of Respondent Kenneth W. Nelson's Motion for Leave to file a Reply Memorandum should be denied. Furthermore, The appropriateness of allowing Respondent to file additional materials even though no new legal or factual elements have not changed since the thirty-day filing of Respondent's Motion to Dismiss which would warrent additional submissions. On or about September 12, 2005, Petitioner filed his

(2)

first pro se Petition Pursuant to 28 U.S.C. 2254. After the Petition was docketed, The Petition was assigned to a Magistrate Justice, who in turn entered in an order giving the Respondent thrty-days to file a dispositive Motion.

On January 6, 2006, Respondent filed a Motion to Dismiss as "Time-barred". Responding to the Respondent's Motion to Dismiss, Petitioner filed a Motion in Opposition on or about January 17, 2006.

While the Motions were being decided by Honorable Justice Magistrate Bowler, The Respondent filed a Motion for Leave to file a Reply Memorandum. The Petitioner opposes the granting of Leave to file a Reply Memorandum, For Two Reasons. First, The Respondent does not State any New facts or Newly annouced law to entitle the Respondent to further filings in light of the fact that thirty-days has elasped.

Second, The Respondent has misconstrued the facts to gain a tactical advantage when the Respondent Stated that the Petitioner had the opprotunity to "[p]ursue his rights for another extended period- from April 29, 1991, When the Massachusetts Supreme Court denied further Appellate Review on his direct Appeal, Until November 21, 1996." See Respt.Reply MEM ¶4. The record reveals that Petitioner received the transcripts of the Trial in 1995 and diligently filed

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DISTRICT COURT
CIVIL ACTION NO.
05-11850-RGS

SHANNON EWING,
   Petitioner,

vs.

KENNETH W. NELSON,
      Respondent.

CERTIFICATE OF SERVICE

Now comes the Petitioner, Shannon Ewing, in the above-entitled matter, Pursuant to Fed.R.Crim.P.5, Respectfully serves Notice upon this Honorable Court that I served a true and complete copy of my Motion in Opposition to Respondent's Reply Memorandum on the Attorney General's Office by pre-paid mail to: Scott Katz, A.A.G., One Ashburton Place, Boston, Mass 02108.

Sworn this 17th day of January 2006.

Respectfully Submitted,

Shannon Ewing, Pro se
Bridgewater State Hospital
20 Administration Rd
Bridgewater, Mass 02324.