UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11850- RGS

SHANNON EWING

v.

KENNETH W. NELSON

ORDER ON REPORT AND RECOMMENDATION
OF THE MAGISTRATE JUDGE

April 7, 2006

STEARNS, D.J.

Because I agree with Magistrate Judge Bowler that the petition is time-barred notwithstanding the earlier stay granted by the district court, the Recommendation is ADOPTED, the stay is LIFTED, and the petition is DISMISSED with prejudice.[1]

SO ORDERED.

/s/ Richard G. Stearns

_____
UNITED STATES DISTRICT JUDGE

---

[1] I also agree with Magistrate Judge Bowler that this is not one of those exceptional cases meriting application of the doctrine of equitable tolling. I have considered the petitioner's six objections to the Report and find that none has merit.