UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

SHANNON EWING

    V.                                    CIVIL ACTION NO. 05-11850-RGS

KENNETH W. NELSON

# ORDER OF DISMISSAL

**STEARNS, DJ.**                                                  **APRIL 13, 2006**

THIS COURT HAVING ADOPTED THE REPORT AND RECOMMENDATION OF U. S. MAGISTRATE JUDGE MARIANNE B. BOWLER,

IT IS HEREBY ORDERED: THE ABOVE-CAPTIONED ACTION IS HEREBY DISMISSED WITH PREJUDICE.

SO ORDERED.

                                                   RICHARD G. STEARNS
                                                   UNITED STATES DISTRICT JUDGE

        **BY:**

                                                   /s/ Mary H. Johnson
                                                   **Deputy Clerk**