UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2006 APR 24  P 1:49

U.S. DISTRICT COURT
DISTRICT OF MASS.

Civil Action
C.A. 05-11850

|  |  |
|---|---|
| SHANNON EWING,<br>    Petitioner, | )<br>)<br>) |
| vs. | )<br>) |
| KENNETH W. NELSON,<br>    Respondent. | )<br>)<br>)<br>) |

### NOTICE OF APPEAL

Now comes the Petitioner, Shannon Ewing, in the above-entitled matter, Pursuant to Fed.R.App.P. 22(b)(1), Respectfully moves this Honorable Court and serves his Notice of Appeal to a judgment that was entered in this Court on April 7, 2006, by this Court, Stearns,J., dismissing Petitioner's first Habeas Corpus filed on September 5, 2005.

Petitioner serves his Notice and states that his Application for a Certificate of Appealability will be forth-coming.

Petitioner's Notice of Appeal is hereby served.

Date: 4-21-06

Respectfully Submitted,

Shannon Ewing, Pro se
Bridgewater State Hospital
20 Administration Rd
Bridgewater, Mass 02324.