# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cv-11850

Shannon Ewing

v.

Kenneth W. Nelson

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-28

and contained in Volume(s) I are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 4/24/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on May 12, 2006.

Sarah A Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: __5/12/06__.

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:05-cv-11850-RGS

Ewing v. Nelson  
Assigned to: Judge Richard G. Stearns  
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 09/13/2005  
Jury Demand: None  
Nature of Suit: 530 Habeas Corpus (General)  
Jurisdiction: Federal Question

**Plaintiff**

Shannon Ewing     represented by    **Shannon Ewing**  
Bridgewater State Hospital  
20 Administration Road  
Bridgewater, MA 02324  
PRO SE

V.

**Defendant**

Kenneth W. Nelson     represented by    **Scott A. Katz**  
Office of the Attorney General  
Criminal Bureau  
One Ashburton Place  
Boston, MA 02108  
617-727-2200 x2833  
Fax: 617-573-5358  
Email: scott.katz@ago.state.ma.us  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/13/2005 | 1 | PETITION for writ of habeas corpus pursuant to 28:2254 $ 5, receipt number 66870, filed by Shannon Ewing.(Flaherty, Elaine) (Entered: 09/15/2005) |
| 09/27/2005 |  | If the trial Judge issues an Order of Reference of any matter in |

Case 1:05-cv-11850-RGS    Document 29-2    Filed 05/12/2006    Page 2 of 5
Page 2 of 5

|  |  |  |
|---|---|---|
|  |  | this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Bowler. (Flaherty, Elaine) (Entered: 09/27/2005) |
| 11/16/2005 | 2 | Judge Richard G. Stearns : Electronic ORDER entered. REFERRING CASE to Magistrate Judge Marianne B. Bowler Referred for: post-conviction proceedings - 2254 Hab. (Johnson, Mary) (Entered: 11/17/2005) |
| 11/17/2005 | 3 | Letter/request (non-motion) from Shannon Ewing re: status w/attached Inmate Transaction Report, filed. (Flaherty, Elaine) (Entered: 11/22/2005) |
| 11/23/2005 | 4 | Judge Marianne B. Bowler: ORDER entered. MEMORANDUM AND ORDER Re: Motion for Appontment of Counsel and Order to Answer. Ordered to answer within 20 days after receipt of this Order. Copy of petition, civil cover sheet, memorandum in support sent to Attorney Gneral by certified mail. (Feeney, Eileen) (Entered: 11/23/2005) |
| 12/07/2005 | 5 | MOTION to Stay proceedings by Shannon Ewing, filed. (Flaherty, Elaine) (Entered: 12/07/2005) |
| 12/08/2005 | 6 | Judge Marianne B. Bowler: ORDER entered. PROCEDURAL ORDER RE: MOTION TO STAY (DOCKET ENTRY #5). Respondent is ORDERED to file a response to the motion on or before December 19, 2005. The deadline for filing a dispositive motion remains December 19, 2005.(Feeney, Eileen) (Entered: 12/08/2005) |
| 12/08/2005 |  | Judge Richard G. Stearns : Electronic ORDER entered granting 5 Motion to Stay (Flaherty, Elaine) (Entered: 12/08/2005) |
| 12/12/2005 | 7 | Judge Marianne B. Bowler: ORDER entered. PROCEDURAL ORDER. Petitioner Shannon Ewing is ordered to file a status report on September 27, 2006 advising the court of the status of his attempts to receive requested review from the Massachusetts Supreme Judicial Court.(Feeney, Eileen) (Entered: 12/12/2005) |
| 12/16/2005 | 8 | MOTION for Extension of Time to January 20, 2006 to Respond to Petition for Writ of Habeas Corpus and Motion to Stay Proceedings by Kenneth W. Nelson.(Katz, Scott) (Entered: 12/16/2005) |
| 12/20/2005 |  | Judge Marianne B. Bowler: Electronic ORDER entered |

https://ecf.mad.circ1.dcn/cgi-bin/DktRpt.pl?109337347086164-L_280_0-1    5/11/2006

| | | |
|---|---|---|
| | | granting 8 Motion for Extension of Time. (Bowler, Marianne) (Entered: 12/20/2005) |
| 12/30/2005 | 14 | NOTICE OF FILING A WRIT OF CERTIOARI by Shannon Ewing (Smith3, Dianne) (Entered: 01/19/2006) |
| 01/04/2006 | 9 | MOTION to Dismiss *Petition for Writ of Habeas Corpus* by Kenneth W. Nelson. (Attachments: # 1 Notice of Filing With Clerk's Office)(Katz, Scott) (Entered: 01/04/2006) |
| 01/04/2006 | 10 | MEMORANDUM in Support re 9 MOTION to Dismiss *Petition for Writ of Habeas Corpus* filed by Kenneth W. Nelson. (Katz, Scott) (Entered: 01/04/2006) |
| 01/04/2006 | 11 | MOTION for Reconsideration re Order on Motion to Stay, 5 MOTION to Stay by Kenneth W. Nelson.(Katz, Scott) (Entered: 01/04/2006) |
| 01/05/2006 | 13 | AFFIDAVIT of Scott A. Katz in Support re 9 MOTION to Dismiss *Petition for Writ of Habeas Corpus*, filed. (Flaherty, Elaine) (Entered: 01/12/2006) |
| 01/11/2006 | 12 | Judge Richard G. Stearns : ORDER entered. REFERRING CASE to Magistrate Judge Marianne B. Bowler Referred for: motion to dismiss, motion for reconsideration re: stay (Flaherty, Elaine) (Entered: 01/11/2006) |
| 01/24/2006 | 15 | Letter/request (non-motion) re: docketing of Certiorari in the U.S. Supreme Court by Shannon Ewing. (Duffy, Marc) (Entered: 01/24/2006) |
| 01/24/2006 | 16 | Opposition as to 11 MOTION for Reconsideration of Order on 5 Motion to Stay, filed by Shannon Ewing. (Duffy, Marc) (Entered: 01/24/2006) |
| 01/24/2006 | 17 | Opposition as to 9 MOTION to Dismiss *Petition for Writ of Habeas Corpus* with exhibits filed by Shannon Ewing. (Attachments: # 1)(Duffy, Marc) (Entered: 01/24/2006) |
| 01/24/2006 | 18 | CERTIFICATE OF SERVICE by Shannon Ewing as to 16 and 17. (Duffy, Marc) (Entered: 01/24/2006) |
| 02/06/2006 | 19 | Letter/request to Judge Bowler (non-motion) from S. Ewing with attachments, filed. (Flaherty, Elaine) (Entered: 02/06/2006) |
| 02/15/2006 | 20 | MOTION for Leave to File *Reply Memorandum in Support of Motion to Dismiss* by Kenneth W. Nelson. (Attachments: # 1 |

| | | |
|---|---|---|
| | | Respondent Kenneth W. Nelson's Reply Memorandum in Support of Motion to Dismiss Petition for Writ of Habeas Corpus)(Katz, Scott) (Entered: 02/15/2006) |
| 02/24/2006 | 21 | RESPONSE in opposition to Motion re 9 MOTION to Dismiss *Petition for Writ of Habeas Corpus* filed by Shannon Ewing. (Flaherty, Elaine) (Entered: 02/28/2006) |
| 03/02/2006 | | Judge Marianne B. Bowler: Electronic ORDER entered granting 20 Motion for Leave to File. (Bowler, Marianne) (Entered: 03/02/2006) |
| 03/02/2006 | 22 | REPLY to Response to Motion re 9 MOTION to Dismiss *Petition for Writ of Habeas Corpus* filed by Kenneth W. Nelson. (Katz, Scott) (Entered: 03/02/2006) |
| 03/09/2006 | 23 | Judge Marianne B. Bowler: ORDER entered. REPORT AND RECOMMENDATION re 10 Memorandum in Support of Motion filed by Kenneth W. Nelson, is ALLOWED and petition is DISMISSED as untimely; and court RECOMMENDS that 11 MOTION for Reconsideration re Order on Motion to Stay, 5 MOTION to Stay filed by Kenneth W. Nelson, be ALLOWED and the stay be lifted. Objections to R&R due by 3/23/2006(Feeney, Eileen) (Entered: 03/09/2006) |
| 03/21/2006 | 24 | OBJECTION to 23 Report and Recommendations filed by Shannon Ewing, filed. (Flaherty, Elaine) (Entered: 03/21/2006) |
| 04/07/2006 | 25 | Judge Richard G. Stearns : Memorandum and Order Adopting Recommendations of United States Magistrate, entered. (Giannotti, Diane) Modified on 4/14/2006 (Flaherty, Elaine). (Entered: 04/07/2006) |
| 04/10/2006 | | Case no longer referred to Magistrate Judge Marianne B. Bowler. (Flaherty, Elaine) (Entered: 04/10/2006) |
| 04/10/2006 | | Civil Case Terminated. (Flaherty, Elaine) (Entered: 04/10/2006) |
| 04/13/2006 | 26 | Judge Richard G. Stearns : ORDER OF DISMISSAL entered. (Johnson, Mary) (Entered: 04/13/2006) |
| 04/14/2006 | | Notice of correction to docket made by Court staff. Correction: #25 corrected because: entitled wrong (Flaherty, Elaine) (Entered: 04/14/2006) |

| 04/24/2006 | 27 | NOTICE OF APPEAL as to 26 Order by Shannon Ewing. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 5/15/2006. (Flaherty, Elaine) (Entered: 04/27/2006) |
|---|---|---|
| 04/26/2006 | 28 | MOTION for Certificate of Appealability by Shannon Ewing. (Flaherty, Elaine) (Entered: 04/27/2006) |
| 04/27/2006 |  | Judge Richard G. Stearns : Electronic ORDER entered denying 28 Motion for Certificate of Appealability "Denied. I remain of the view that the petition was untimely and therefore properly dismissed." forwarded to Appeals Clerk for transmission to U.S. Court of Appeals (Flaherty, Elaine) (Entered: 04/27/2006) |