# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 05-cv-11850

Shannon Ewing

v.

Kenneth W. Nelson

## CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered: 28 & endorsed order

are the original or electronically filed pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on May 17, 2006.

Sarah A. Thornton, Clerk of Court

By: *Jeanette James*
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 5/17/06 .

*DBurchard*
Deputy Clerk, US Court of Appeals

- 3/06