UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2006 MAY 18 P 12: 31

U.S. DISTRICT COURT
DISTRICT OF MASS

Civil Action
05-11850-RGS

SHANNON EWING,
   Petitioner,

vs.

KENNETH W. NELSON,
   Respondent.

## MOTION FOR RULING AND CONCLUSIONS OF LAW

Now comes the Petitioner, Shannon Ewing, in the above-entitled matter, Pursuant to Fed.R.App.P. Rule 22(b), Respectfully moves this Honorable Court for a Motion for Rulings and Conclusions of Law to a Judgment of Dismissal to Petitioner's first Federal Habeas Corpus filed On September 5, 2005.

In Support of said motion, The Petitioner contends that the Justice, Stearns, J., in which his Petition was assigned to never gave Petitioner any reasoned Opinion or justification under the law that would explain the cource the Judge made. The United States Court of Appeals, First Circuit has suggested that the "[B]etter practice is for district Court to articulate reasons for granting Certificate of [Appealability] for appeal from dismissal of habeas case." Martens vs. Shannon, 836 F.2d 715 (1st cir 1988), This standard also apply to

(2)

denials of Certificate of Appealability. See Lefkowitz vs. Fair, 816 F.2d 17 (1st cir. 1987). The Petitioner files this motion with all due respect to the Justices' calender dates and responsibilities.

Wherefore: The Petitioner prays that this Honorable Court grants the Petitioner's Motion for Rulings and Conlusions of Law.

Date: 5-15-06

Respectfully Submitted,

Shannon Ewing, Pro se
Bridgewater State Hospital
20 Administration Rd
Bridgewater, Mass 02324.