UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2006 MAY 17 P 3: 24

Civil Action
No.
05-11850-RGS

U.S. DISTRICT COURT
DISTRICT OF MASS.

```
                          )
SHANNON EWING,            )
       Petitioner,        )
                          )
     vs.                  )
                          )
KENNETH W. NELSON         )
       Respondent.        )
                          )
```

## MOTION FOR EXTENTION OF TIME

Now comes the Petitioner, Shannon Ewing, in the above-entitled

matter, Pursuant to FedR.Civ.P. 14, Respectfully moves this Honorable

Court for a Motion for Extention of Time to file Petitioner's

Memorandum of Law in support of his Motion for Certificate of Appealability

originally filed in the District Court On April 23, 2006, before

Honorable Justice Stearns, J.,

In support of said Motion, The Petitioner contends that an extention

is vitally needed and Judicially appropraite to file Petitioner's

Memorandum of law in support of his Certificate of Appealability. The

Petitioner further states that the Institutional Law library will be

closed a full Seven days for inventory.

In these unique circumstances, The Petitioner is entitled to an

extention of Thirty Calender days.

(2)

Wherefore: Petitioner prays that this Honorable Court grants the
Petitioner's Motion for an Extention of Time for
Thirty Calender days.

Date: 5-11-06

Respectfully Submitted,

Shannon Ewing, Pro se
Bridgewater State Hospital
20 Administration Rd
Bridgewater, Mass 02324.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2006 APR 26 A II: 51

U.S. DISTRICT COURT
DISTRICT OF MASS.

Civil Action
C.A. 05-11850-RGS

)
SHANNON EWING,            )
    Petitioner,       )
                )
      vs.                 )
                )
KENNETH W. NELSON,        )
    Respondent.        )
                )

DOCKETED

## MOTION FOR CERTIFICATE OF APPEALABILITY

    Now comes the Petitioner, Shannon Ewing, in the above-entitled matter, Pursuant to 28 U.S.C. § 2253(c)(1), Respectfully moves this Honorable Court for a Motion for a Certificate of Appealability to gain Appellate review of a judgment of dismissal of Petitioner's first Pro se Habeas Corpus Petition filed on September 5, 2005.

    In support of said Motion, The Petitioner contends that he has been denied a  substantial Constitutional Right when the District Court, Stearns, J., dismissed the Petition as "Time-barred" and subsequently dismissed his habeas corpus petition on April 7, 2006.

    Simply, Under the AEDPA amendments, a habeas corpus Petitioner can only prosecute an Appeal only if he first obtain a Certificate of Appealability (COA) from the District Court. See Bui vs. Dipaolo, 170 F.3d 232 (1st cir 1999)." [A] Petitioner wishing to Appeal from a denial

Denied. I remain of the view that the petition was untimely and therefore properly dismissed. Rehearing DJ 4-27-06.

DOCKETED

