UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2006 MAY 26 P 3:48

U.S. DISTRICT COURT
DISTRICT OF MASS.

Civil Action
05-11850-RGS

SHANNON EWING,
    Petitioner,

vs.

KENNETH W. NELSON,
    Respondent.

## MOTION FOR CERTIFICATE OF APPEALABILITY

Now comes the Petitioner, Shannon Ewing, in the above-entitled matter, Pursuant to District Court Local Rule 22.1(b), Respectfully moves this Honorable Court for a Motion for Certificate of Appealability to this Court from a Judgment of the United State District Court for the District of Massachusetts on April 26, 2006.

In Support of said Motion, The Petitioner contends that a Motion for Certificate of Appealability is Judicially appropraiet to seek Review of the District Court's denial of relief pursuant to § 2244(d)(1)(B).

Wherefore: The Petitioner prays that this Honorable Court grants the
    Petitioner's Motion for Certificate of Appealability.

(2)

Date: 5-15-06

Respectfully Submitted,

Shannon Ewing, Pro se
Bridgewater State Hospital
20 Administration Road
Bridgewater, Mass 02324.