UNITED STATES DISTRICT COURT
DISTRICT OF FOR MASSACHUSETTS

2006 MAY 30 ₱ 3: 30

U.S. DISTRICT COURT
DISTRICT OF MASS.

DISTRICT COURT
NO. 05-11850-RGS

SHANNON EWING,
Petitioner-Appellant

vs.

KENNETH W. NELSON,
Respondent-Appellee

## MOTION TO PROCEED IN FORMA PAUPERIS

Now comes the Petitioner-Appellant, Shannon Ewing, in the above-
entitled matter, Pursuant to FRAP 24(a)(1), Respectfully moves this
Honorable Court for a Motion to proceed in the Court of Appeals for the
First Circuit in forma pauperis and allow the Appellant to prosecute
this Appeal from a judgment of the District Court entered on April 7,
2006.

In Support of said Motion, the Appellant contends that this Motion
should be allowed and Appellant may proceed with this Appeal without
cost.

Simply, The Prison Litigation Reform Act (PLRA) permitting Appeals in
forma pauperis does not typically apply to Habeas Corpus Petitions.
See Frazier vs. Hesson, 40 F.Supp.2d 957 (W.D.Tenn 1999), Habeas Corpus

(2)

proceedings brought by [an Appellant] are not "Civil Actions" for purposes of Prison Litigation Reform Act section imposing filing fee obligation on Prisoners who proceed in forma pauperis in bring civil action. See McIntosh vs. U.S. Parole Com'n, 115 F.3d 807 (10th cir 1997).

Appellant is financially unable to contribute any funds to prosecute this Appeal. The Appellant has less then $60.00 dollars in his General Account here at the Prison. Under these unique situation, it is extremely appropraite for this Court to waive all cost and fees so Appellant may Appeal the dismissal of his First pro se Federal Habeas Corpus Petition.

Wherefore: The Appellant pryas that this Honorable Court grants the Appellant's Motion to Proceed In Forma Pauperis.

Date: 5-25-06

Respectfully Submitted,

Mr. Shannon Ewing, Pro se
Bridgewater State Hospital
20 Administration Rd
Bridgewater, Mass 02324.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

Civil Action
C.A. 05-11850-RGS

2006 APR 26 A 11: 51

U.S. DISTRICT COURT
DISTRICT OF MASS.

SHANNON EWING,
　　Petitioner,

　　　vs.

KENNETH W. NELSON,
　　Respondent.

)
)
)
)
)
)
)
)
)

DOCKETED

## MOTION FOR CERTIFICATE OF APPEALABILITY

Now comes the Petitioner, Shannon Ewing, in the above-entitled

matter, Pursuant to 28 U.S.C. § 2253(c)(1), Respectfully moves this

Honorable Court for a Motion for a Certificate of Appealability to

gain Appellate review of a judgment of dismissal of Petitioner's first

Pro se Habeas Corpus Petition filed on September 5, 2005.

In support of said Motion, The Petitioner contends that he has

been denied a substantial Constitutional Right when the District Court,

Stearns, J., dismissed the Petition as "Time-barred" and subsequently

dismissed his habeas corpus petition on April 7, 2006.

Simply, Under the AEDPA amendments, a habeas corpus Petitioner

can only prosecute an Appeal only if he first obtain a Certificate of

Appealability (COA) from the District Court. See Bui vs. Dipaölo, 170

F.3d 232 (1st cir 1999)." [A] Petitioner wishing to Appeal from a denial

Denied. I remain of the view that the petition was untimely and therefore properly dismissed. Habeas DJ 4-27-06.

DOCKETED