UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2006 MAY 30 P 3:30

U.S. DISTRICT COURT
DISTRICT OF MASS.

DISTRICT COURT
NO. 05-11850-RGS

SHANNON EWING,
Petitioner-Appellant

vs.

KENNETH W. NELSON,
Respondent-Appellee

### AFFIDAVIT OF INDIGENCY

I, Shannon Ewing, Do depose and Say that I am indigent and that I have less then $50.00 dollars in my General Account here at the Prison; That my Motion to Proceed In Forma Pauperis is a true reflection of my indigent status and that I don't own or possess any other assest or valuables.

Signed under the Pains and Penalties of Perjury

Sworn this ___25th___ day of ___May___ 2006.

Respectfully Submitted,

_____
Mr. Shannon Ewing, Pro se
20 Administration Road
Bridgewater, Mass 02324.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DISTRICT COURT
NO. 05-11850_RGS

SHANNON EWING,
Petitioner-Appellant

vs.

KENNETH W. NELSON,
Respondent-Appellee

### CERTIFICATE OF SERVICE

Now comes the Appellant-Petitioner, Shannon Ewing, in the above-entitled matter, Pursuant to Fed.R.Civ.P. 5, Respectfully serves notice upon this Honorable Court that I served the Respondent with a true and complete copy of my MOION TO PROCEED IN FORMA PAUPERIS: AFFIDAVIT OF INDIGENCY on the Attorney General's Office by Addressing the envelope Pre-Paid Mail to: Mr. Scott Katz, A.A.G., One Ashburton Place, Boston, Mass 02108.

Sworn this __25th__ day of __May__ 2006.

Respectfully Submitted,

_____
Mr. Shannon Ewing, Pro se
Bridgewater State Hospital
20 Administration Rd
Bridgewater, Mass 02324.